UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JOHN BOLZENIUS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:10CV01961 AGF |
| ) | |
| VALENTINE & KEBARTAS, INC., ) | |
| ) | |
| Defendant. ) | |

## DEFAULT JUDGMENT

Pursuant to the Memorandum and Order issued herein on this day,

**IT IS HEREBY ORDERED, ADJUDGED, and DECREED** that default judgment is entered on behalf of Plaintiff John Bolzenius and against Defendant Valentine & Kebartas, Inc., in the amount of $3,391.00.

*Audrey G. Fleissig*
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE

Dated this 4th of August, 2011