UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JOHN BOLZENIUS, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| vs. | )    Case No. 4:10CV01961AGF |
| | ) |
| VALENTINE & KEBARTAS, INC., | ) |
| | ) |
|     Defendant. | ) |

## ORDER SETTING ASIDE JUDGMENT AND DISMISSING CASE

This matter is before the Court on the Plaintiff's agreed motion to set aside the default judgment and dismiss the case with prejudice, pursuant to the parties settlement. (Doc. No. 15.)  For good cause shown,

**IT IS HEREBY ORDERED**, Plaintiff's Motion to Set Aside Default Judgment is **Granted**. [Doc. No. 15.]  On request of the parties, pursuant to Rule 55(c), Fed. R. Civ. P., the default judgment previously entered in this case [Doc. No. 14], shall be set aside and is hereby vacated.

**IT IS FURTHER ORDERED**, pursuant to the parties' stipulation, that the case is dismissed, with prejudice, at Plaintiff's costs.

 

_Audrey G. Fleissig_
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE

Dated this 12th day of June, 2012.